# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA OCANA, | : | Civil No. 1:25-CV-00770 |
| Petitioner, | : | |
| v. | : | |
| WARDEN OF FCI-SCHUYLKILL, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 2nd day of February 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition, Doc. 1, is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

        s/Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Judge
        Middle District of Pennsylvania